UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -                                                                ORDER

KENNETH STARR,                                                  10 Cr. 520 (SAS)

Defendant.
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On December 14, 2010, defendant Kenneth Starr, through his counsel Flora Edwards, moved to reduce the bail set by this Court on July 26, 2010. Starr also sought a clarification with respect to the obligations of the co-owners of any property that might be posted to secure the bail, as well as a clarification that the confession of judgments will only take effect if the defendant fails to appear in court as required. On December 17, 2010, in response to defendant's motion, the Government cross-moved to revoke Starr's bail. On December 22, 2010, Starr filed a reply letter in further support of his motion and in opposition to the Government's motion to revoke bail.

Upon a careful review of all of the above submissions it is hereby:

**ORDERED** that Starr's motion to reduce bail is denied; and it is further

**ORDERED** that the Government's motion to revoke bail is denied; and it is further

**ORDERED** that the co-owners of any posted property (*i.e.*, defendant's sisters-in-laws) are only required to confess judgment in the amount of the equity value of any posted property; and it is further

**ORDERED** that the execution of the Confessions of Judgment shall only take effect if defendant fails to appear in Court as required.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          December 27, 2010

## - Appearances -

**For the Government:**

William Harrington
Michael Bosworth
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2331/1079

**For Defendant Kenneth Starr:**

Flora Edwards, Esq.
115 Broadway, Suite 1505
New York, New York 10006
(212) 785-3344