# FLORA EDWARDS
## ATTORNEY AT LAW
*A Professional Corporation*

Admitted in NY, NJ & Fla.

---

115 BROADWAY- SUITE 1505 ✦ NEW YORK, NEW YORK 10006 ✦ Tel: 212-785-3344 ✦ Fax: 212-577-2865 ✦ E-Mail: FMELAW @ aol.com

April 8, 2011

**By Fax to (212) 805-7920**
Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/11

Re:   *United States v. Starr*
      10 CR 520 (SAS)

> The request is granted. Mr. Starr is ordered to file his response to the Thurman and Berg claims by May 6, 2011.
> SO ORDERED.
> /s/ Shira A. Scheindlin  4/11/11
> U.S.D.J.

Your Honor:

I am writing in response to the request that Mr. Starr respond to the Claims filed on behalf of Ms. Thurman, Mr. Berg, Arbor and Levy by April 18th. Mr. Starr's response, if any, to the Arbor and Levy claims, will be filed by April 18th.

The Thurman claims demand restitution of two of Ms. Thurman's investments as well as $485,000 in professional fees paid to Starr & Co. for services rendered over a period of five years. With the exception of one investment, none of the documentation for Ms. Thurman's claims have been reviewed in connection with this case. The Government has 28 boxes of documents related to Ms. Thuman's accounts. I have already requested an opportunity to review the Thurman files next week. It will take approximately one week to review the material and two weeks to prepare Mr. Starr's response.

As to the Berg claims, upon information and belief, the Government did not seize any of the Berg records. These records are in the hands of the Receiver appointed by the Court in the SEC matter. I am requesting that the Receiver turn over the necessary files.

---

498 Cliff Road    Sewaren, NJ 07077        Tel: 732-208-1408          Fax: 732-750-4975

Hon. Shira A. Scheindlin
United States v. Starr 10 CR 520 (SAS)
April 8, 2011 - Page 2 of 2

Because additional time is required in order to gather and review documents relating to the Thurman and Berg claims, Mr. Starr is requesting until May 6, 2011 to file his response. ir claims the petitions makes. Additionally, this adjournment will enable the parties to continue discussions about resolving the claims without the need for a hearing.

I have consulted with the Government and am advised that there is no objection to the request. If the Court wishes to contact me, I can be reached today at 732-208-1408.

I thank the Court for its consideration of this request.

Respectfully,

Flora Edwards

cc: AUSA Michael Bosworth
(By e-mail to michael.bosworth@usdoj.gov)