# Hogan
# Lovells





Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

Theresa M. House
D +1 212 918 3671
theresa.house@hoganlovells.com

April 26, 2011

*By Facsimile*

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Kenneth Starr*, No. 1:10-cr-00520-SAS

Dear Judge Scheindlin:

    We have been retained today to represent NYP Holdings, Inc. ("NYP"), the publisher of the *New York Post*, in connection with NYP's April 13, 2011 request for access to two restitution claims filed under seal by Uma Thurman and Jeffrey Berg in the above-referenced matter. We have received the April 22, 2011 letters submitted to the Court by counsel for Ms. Thurman and Mr. Berg (the "Letters"), opposing NYP's request for these Court documents. We write to respectfully request the opportunity to submit an additional letter to respond to the arguments raised therein. Ms. Thurman and Mr. Berg advance a number of arguments in their Letters that directly bear on NYP and the public's presumptive right of access to judicial records in criminal actions. NYP would like the opportunity to address these issues of considerable public import more fully before the Court rules on its request for access to these records.

    If the Court will entertain this additional briefing, NYP will be prepared to make its submission on or before the close of business on Thursday, April 28.

    Thank you for your consideration.

Respectfully submitted,

Theresa M. House
Theresa M. House

*[Handwritten annotation:] Request granted. A response may be filed by close of business on April 28. So Ordered. [signature] USDJ 4/26/11*

\\\\NY - 092566/000187 - 2318375 v1

CC: AUSA Michal Bosworth
Flora Edwards, Esq. (attorney for Kenneth Starr)
Daniel M. Gitner, Esq. (attorney for Jeffrey Berg)
Roberto Finzi, Esq. (attorney for Uma Thurman)