**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------ X

UNITED  STATES OF AMERICA

     v.

KENNETH  STARR,

        Defendant.

------------------------------------------------------ X

**ORDER**

**10 CR 520 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Post has submitted two letters to this Court in support of an application to unseal records – one dated April 13, 2011, and the other dated April 28, 2011.  Thurman's counsel submitted a letter dated April 22, 2011, and Berg's counsel submitted two letters – one dated April 22, 2011, and the second dated April 29, 2011.  The Clerk of the Court is directed to accept these letters for filing. The parties are directed to submit these letters to the Clerk of the Court forthwith.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           May 2, 2011

## - Appearances -

**Counsel for the New York Post:**

Theresa M. House, Esq.
Hogan Lovells
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3571

Michael Cameron, Esq.
News America Incorporated
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 852-7033

**Counsel for Uma Thurman:**

Roberto Finzi, Esq.
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the americas
New York, NY 10019-6064
Tel: (212) 373-3311

**Counsel for Jeffrey Berg:**

Daniel M. Gitner, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110-3398
Tel: (212) 921-8399

**Counsel for the United States:**

Michael Bosworth
William Harrington
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1078/2331

**Counsel for Defendant Kenneth Starr:**

Flora Edwards, Esq.
115 Broadway, Suite 1505
New York, NY 10006
Tel: (212) 785-3344