UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA      :   AMENDED ORDER OF RESTITUTION
                                    :
        - v. -              :   10 Cr. 520 (SAS)
                                    :
KENNETH STARR,              :
                                    :
            Defendant.    :
                                    :
- - - - - - - - - - - - - - - - -x

        WHEREAS, on or about June 10, 2010, KENNETH STARR (the "defendant") was charged in an indictment, 10 Cr. 520 (SAS) (the "Indictment"), with 20 counts of wire fraud, in violation of Title 18, United States Code, Section 1343 (Counts One through Twenty); one count of money laundering, in violation of Title 18, United States Code, Section 1956 (Count Twenty-One); one count of fraud by an investment adviser, in violation of Title 15, United States Code, Sections 80b-6 and 80b-17 (Count Twenty-Two); and one count of securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff(a) (Count Twenty-Three);

        WHEREAS, on or about September 10, 2010, the defendant pled guilty to Counts Nine, Twenty-One, and Twenty-Two of the Indictment pursuant to a plea agreement with the Government;

        WHEREAS, on March 2, 2011, the defendant was sentenced principally to a period of 90 months' imprisonment and ordered

to pay restitution in an amount to be determined by the Court at a later date;

WHEREAS, on May 6, 2011, the Court entered an Order of Restitution against the defendant;

WHEREAS, on or about May 2, 2011, Jonathan Bristol ("Bristol") was charged in a superseding information, S1 10 Cr. 1239 (DAB) (the "Bristol Information"), with one count of conspiring to commit money laundering, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, on or about May 2, 2011, Bristol pleaded guilty to Count One of the Bristol Information;

WHEREAS, on or about December 18, 2012, the Honorable Deborah A. Batts, United States District Judge, sentenced Bristol principally to a period of imprisonment of time served and ordered to pay restitution in the amount of $18,860,282.69; and

WHEREAS, on or about January 8, 2013, Judge Batts issued an amended order of restitution (the "Bristol Restitution Order") providing that Bristol shall be jointly and severally liable with the defendant to pay a total of $18,860,282.69 in restitution to the victims, and in the amounts, listed in Attachment A to the Bristol Restitution Order, and further providing that Bristol's restitution payments shall commence after the defendant has paid at least $5 million to the

defendants listed in Attachment A to the Bristol Restitution Order;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that KENNETH STARR, the defendant, shall be liable to pay a total of $30,112,782.69 in restitution to the victims, and in the amounts, listed in Attachment A hereto, except that the restitution owed shall be offset by any gains realized after May 6, 2011, from Victim # 4's investments in Glassnote Entertainment LLC, Sundown Hills LLC, Wind River LLC, Bregman Productions, Inc., Universal Identification Solutions LLC, Chimar Holdings LLC, and Martini Park LLC, as well as any gains realized, after May 6, 2011, from Victim # 5's investment in Universal Identification Solutions LLC; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above restitution obligation of KENNETH STARR, the defendant, shall be joint and several with Jonathan Bristol in the amount of $18,860,282.69 with respect to the victims listed in Attachment A to the Bristol Restitution Order, after Starr's payment of at least $5 million to those victims.
SO ORDERED.

Dated: New York, New York
       May __, 2013

HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE